**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | **3:09-md-02100-DRH-PMF**  **MDL No. 2100** |

**This Document Relates to:**

*Jamie Milligan, et al. v. Bayer Corporation, et al.*[1]        No. 3:12-cv-10699-DRH-PMF

*Amanda Thurgood, et al. v. Bayer Corporation, et al.*[2]        No. 3:13-cv-10683-DRH-PMF

## ORDER GRANTING WITH PREJUDICE DISMISSAL PURSUANT TO CMO 79

On December 15, 2015 (*Milligan,* 12-10699) and December 16, 2015 (*Thurgood,* 13-10683), Bayer moved to dismiss the claims of the specified plaintiffs in the above captioned matters, with prejudice, pursuant to Section III of Case Management Order 79 ("CMO 79").  Pursuant to CMO 79, each plaintiff had 14 days to file an opposition to the Bayer Defendants' motions to dismiss. Case Management Order 79 further provides that failure to timely file an opposition "will result in an automatic dismissal with prejudice." CMO 79 § III ¶ 5(b).  The above captioned plaintiffs failed to file an opposition to the Bayer Defendants' motions to dismiss. Accordingly, these actions are subject to automatic dismissal with prejudice.

The Court therefore **GRANTS** the motions to dismiss the claims of the plaintiffs in the above captioned matters. The claims of the above captioned

---

[1] This Order applies to only **plaintiff Pamela Wolford**. The motion as to plaintiff Jamie Milligan remains pending.
[2] This Order applies to only **plaintiff Jessica Geer**. The motion as to plaintiff Cassie Ishmael remains pending.

plaintiffs are **DISMISSED WITH PREJUDICE. The Court DIRECTS the Clerk to terminate the identified plaintiffs from the Court's docket.**

**IT IS SO ORDERED.**

**Signed this 22nd day of February, 2016.**

Digitally signed
by Judge David R.
Herndon
Date: 2016.02.22
13:22:37 -06'00'

**United States District Judge**